**Electronically Filed
Supreme Court
SCWC-18-0000301
05-MAR-2020
09:58 AM**

SCWC-18-0000301

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

In re Sanctions Against EARLE A. PARTINGTON and
ROBERT PATRICK MCPHERSON, Petitioners/Real Parties in Interest,
in
STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,
vs.
MAGGIE KWONG, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000301; CASE NO. 1DTA-17-02539)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed March 5, 2020, is corrected as follows:

On page 1, the composition of the court is corrected to read, "RECKTENWALD, C.J., NAKAYAMA, McKENNA, AND POLLACK, JJ. WITH WILSON, J., CONCURRING AND DISSENTING."

On page 19, line 2, the word "demanding" is replaced with "requesting."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, March 5, 2020.

/s/ Sabrina S. McKenna

Associate Justice

